IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROLANDO AMBRIZ, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CV-01067-DII |
| GLENN HEGAR, *in his official capacity*, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendant's Motion to Dismiss, (Dkt. 21). (R. & R., Dkt. 34). The Court dismissed Plaintiff Rolando Ambriz's state-law claims and any federal claim seeking retrospective relief or damages without prejudice and Plaintiff Rolando Ambriz's prospective declaratory and injunctive claims with prejudice.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on July 28, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE